UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN SCOTT VARNER, )
        Plaintiff, )
) No. 1:22-cv-654
v. )
) Honorable Paul L. Maloney
AUSCO PRODUCTS INC., *et al.*, )
        Defendants. )
)

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: September 8, 2022          /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge